UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

JUS BROADCASTING CORPORATION,

                                    Plaintiff,                    Case No. 20-cv-06105 (CBA)(VMS)

            -against-                                             STIPULATION TO EXTEND TIME
                                                                 TO ANSWER COMPLAINT

HARVINDER RIAR,

                                    Defendant.
-----------------------------------------------------------X

        IT IS HEREBY STIPULATED AND AGREED by and between the attorneys of

record for the above-captioned parties that the Defendant's time to answer, move or

otherwise respond to the Plaintiff's Complaint is hereby extended to March 17, 2021.

Defendant waives jurisdictional defenses.

        A facsimile signature on this stipulation shall be considered an original for purposes

of filing with the Court.

Dated:  Jackson Heights, New York
        February 26, 2021

Law Office of Hector M. Roman, P.C.              Paul Batista, P.C.

_____                 _____
Hector M. Roman, Esq.                            Paul Batista, Esq.
Attorneys for Defendant                          Attorneys for Plaintiff
37-18 73rd Street, Suite 401                      26 Broadway, Suite 1900
Jackson Heights, New York 11372                  New York, New York 10004
(718) 533-8444                                   (631) 377-0111