UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
JUS BROADCASTING CORPORATION,    :
                                                            20 Civ. 6105 (CBA) (VMS)
       Plaintiff,                           :

   - against -                           :

HARVINDER RIAR,                    :

       Defendant.                       :

------------------------------------------------------------ x

**NOTICE OF SUGGESTION ON THE RECORD UNDER FED. R. CIV. P. 25
OF THE DEATH OF DEFENDANT HARVINDER RIAR**

       PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 25(a), counsel to defendant Harvinder Riar advised counsel to plaintiff JUS Broadcasting Corp. that defendant Harvinder Riar died on or about March 26, 2021.

Dated: New York, New York
       March 29, 2021

                                                     PAUL BATISTA, P.C.

                                                     By: _____
                                                        Paul Batista
                                                  Attorney for Plaintiff JUS Broadcasting Corp.
                                                  26 Broadway - Suite 1900
                                                  New York, NY 10004
                                                  (631) 377-0111
                                                  Batista007@aol.com

TO: HECTOR ROMAN
    Attorney for Defendant Harvinder Riar
    Law Office of Hector M. Roman, P.C.
    37-18 73d Street, Suite 401
    Jackson Heights, New Jory 11372
    (718) 533-8444

    CLERK OF THE COURT